RECEIVED
IN CLERK'S OFFICE

OCT 1 6 2013

U.S. DISTRICT COURT
MID. DIST. TENN.

IN THE UNITED STATES DISTRICT COURT

FOR THE __Middle__ DISTRICT OF TENNESSEE

__Columbia__ DIVISION

__Jason Clay McCollum__ Name )
Prison Id. No. __356074__ )
__Jason Clay McCollum__ Name )
Prison Id. No. __356074__ )
Plaintiff(s) )
)
)
)
)
v. )
)
__Marshall-County__ Name )
__Bill Herring__ Name )
Defendant(s) )
)

(List the names of all the plaintiffs filing this lawsuit. Do not use "et al." Attach additional sheets if necessary.

Civil Action No. _____
(To be assigned by the Clerk's office. Do not write in this space.)

Jury Trial ☑ Yes ☐ No

(List the names of all defendants against whom you are filing this lawsuit. Do not use "et al." Attach additional sheets if necessary.

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS FILED PURSUANT TO 42 U.S.C. § 1983

I. PREVIOUS LAWSUITS (The following information must be provided by each plaintiff.)

A. Have you or any of the other plaintiffs in this lawsuit filed any other lawsuits in the United States District Court for the Middle District of Tennessee, or in any other federal or state court?

☐ Yes ☑ No

B. If you checked the box marked "Yes" above, provide the following information:

1. Parties to the previous lawsuit:

Plaintiffs _____N/A_____

Defendants _____N/A_____

2. In what court did you file the previous lawsuit? _____N/A_____

(If you filed the lawsuit in federal court, provide the name of the District. If you filed the lawsuit in state court, provide the name of the state and the county.

3. What was the case number of the previous lawsuit? _____N/A_____

4. What was the Judge's name to whom the case was assigned? _____N/A_____

5. When did you file the previous lawsuit? _____N/A_____ (Provide the year, if you do not know the exact date.)

6. What was the result of the previous lawsuit? For example, was the case dismissed, appealed, or still pending? _____N/A_____

7. When was the previous lawsuit decided by the court? _____N/A_____ (Provide the year, if you do not know the exact date.)

8. Did the circumstances of the prior lawsuit involve the same facts or circumstances that you are alleging in this lawsuit.

☐ Yes        ☑ No

(If you have filed more than one prior lawsuit, list the additional lawsuit(s) on a separate sheet of paper, and provide the same information for the additional lawsuit(s).)

II. THE PLAINTIFF'S CURRENT PLACE OF CONFINEMENT (The following information must be provided by each plaintiff.)

A. What is the name and address of the prison or jail in which you are currently incarcerated? Marshall-County-Jail 150 East Church Street Lewisburg Tennessee, 37091

B. Are the facts of your lawsuit related to your present confinement?

☑ Yes        ☐ No

C. If you checked the box marked "No" in question II.B above, provide the name and address of the prison or jail to which the facts of this lawsuit pertain.

_____N/A_____

D. Do the facts of your lawsuit relate to your confinement in a Tennessee State Prison?

☐ Yes        ☑ No

If you checked the box marked "No," proceed to question II.H.

E. If you checked the box marked "Yes" in question II.D above, have you presented these facts to the prison authorities through the state grievance procedure?

☐ Yes　　☑No

F. If you checked the box marked "Yes" in question II.E above:

1. What steps did you take? _____N/A_____

2. What was the response of prison authorities? _____N/A_____

G. If you checked the box marked "No" in question II.E above, explain why not. _Because_ _I'm not a state inmate at this current time._

H. Do the facts of your lawsuit pertain to your confinement in a detention facility operated by city or county law enforcement agencies (for example, city or county jail, workhouse, etc.)?

☑ Yes　　☐ No

I. If you checked the box marked "Yes" in question II.H above, have you presented these facts to the authorities who operate the detention facility?

☑ Yes　　☐ No

J. If you checked the box marked "Yes" in question II.I above:

1. What steps did you take? _I wrote a grievance describing the incident that took place to the Marshall-County-Jail-Administrator_

2. What was the response of the authorities who run the detention facility? "Talk to McColl w/ Asst. Adm. Wright and C/o Norman about talked to shifts about how they talked to inmates". S. Patt 9-26-13

L. If you checked the box marked "No" in question II.I above, explain why not. _N/A_

Attach copies of all grievance related materials including, at a minimum, a copy of the grievance you filed on each issue raised in this complaint, the prison's or jail's response to that grievance, and the result of any appeal you took from an initial denial of your grievance.

## III. PARTIES TO THIS LAWSUIT

A. Plaintiff(s) bringing this lawsuit:

1. Name of the first plaintiff: _Jason Clay McCollum_

Prison Id. No. of the first plaintiff: _356074_

Address of the first plaintiff: Marshall-County-Jail 150 East Church Street Lewisburg, Tennessee 37091

(Include the name of the institution and mailing address, including zip code. If you change your address you must notify the Court immediately.)

2.  Name of second the plaintiff: _____ N/A

Prison Id. No. of the second plaintiff: _____ N/A

Address of the second plaintiff: _____ N/A

(Include the name of the institution and mailing address, including zip code. If you change your address you must notify the Court immediately.)

If there are more than two plaintiffs, list their names, prison identification numbers, and addresses on a separate sheet of paper.

B.  Defendant(s) against whom this lawsuit is being brought:

1.  Name of the first defendant: Marshall-County,

Place of employment of the first defendant: 209 First Avenue North Lewisburg, Tennessee 37091

The first defendant's address: 209 First Avenue North Lewisburg, Tennessee 37091

Named in official capacity? ☑ Yes   ☐ No
Named in individual capacity" ☐ Yes   ☑ No

2.  Name of the second defendant: Bill Herring,

Place of employment of the second defendant: Marshall-County-Jail.

The second defendant's address: 150 East Church Street Lewisburg, Tennessee 37091

Named in official capacity? ☐ Yes   ☑ No
Named in individual capacity" ☑ Yes   ☐ No

If there are more than two defendants against whom you are bringing this lawsuit, you must list on a separate sheet of paper the name of each additional defendant, their place of employment, their address, and the capacity in which you are suing them. If you do not provide the names of such additional defendants, they will not be included in your lawsuit. If you do not provide their proper name, place of employment, and address, the Clerk will be unable to serve them should process issue.

## IV. STATEMENT OF FACTS

State the relevant facts of your case as briefly as possible. Include the dates when the incidents or events occurred, where there they occurred, and how each defendant was involved. Be sure to include the names of other persons involved and the dates and places of their involvement.

If you set forth more than one claim, number each claim separately and set forth each claim in a separate paragraph. Attach additional sheets, if necessary. Use 8 ½ in. x 11 in. paper. Write on one side only, and leave a 1 in. margin on all four 4 sides.

On the above date and time of 08-08-13 not approximately but at 2:35 P.M. I Jason Clay McCollam pushed the communic-ational intercom in E-Block located in our general dayroom area and the correctional-officer "Mr. Bill" responded to the call. Right before I pushed the intercom the other officer on duty told us inmates in E-Block to prepare to go outside for our recreational time however "Mr. Bill" came over the officers walkie-talkie and told him to skip our block and go take B-Block out instead, so when I pushed the intercom button I asked "Mr. Bill" since you told the other officer to skip us then when are we getting our recreation-time? responded by saying (I don't know and don't give a shit either) I responded back to him by saying damn okay, but you didn't have to be so fucking disrespectful and smart about. "Mr. Bill" then stated (You little mother-fucker don't call me a motherfucker) which I didn't then "Mr. Bill" continued by saying (BOY you better go in your-cell and secure the fucking door behind you.) I responded to that racial slur from him by saying fuck you bitch I'm not your motha fuckin boy and if you expect me to go in my cell after what you just said to me, then you're crazy as fuck and I want to speak to the jail-administrator "Sabrina-Patterson" and the assistant-administrator "Todd-Krois" b/c you started disrespecting me for no reason @ all then told me to lock down in my cell when I haven't broken any jail policies. "Mr. Bill" then said (It would-suit him just fucking fine if I didn't lock down b/c

## V. RELIEF REQUESTED: Specify what relief you are requesting against each defendant.

A. <u>Finacial.</u>

B. <u>Monitary.</u>

C. _____

D. _____

E. _____

F. I request a jury trial. ☑ Yes  ☐ No

-when he comes out of the tower that he was personally himself going to come into E-Block and get my fucking smart ass) which I took to be a (VERBAL-THREAT) towards my well being and personal safety. I would very much appreciate it if the proper actions would be put into effect in order to ensure that this type of delimna is properly and proffesionally handled so it will not be a reoccuring incident b/c this is highly unacceptable and unproffesional acts being displayed by a employee that is employed by this facility. I am requesting that this matter be addressed and handled immediately b/c (BOY) is a internationally Known racial slur and remark made by "Caucasion-People" to slander and disrespect "African-American-People" and or "Biracial-Individuals" such as myself, also I, Jason Clay McCollum am formally requesting that this grievance be submitted into the files @ Marshall-County-Jail and that a full three page copy of my grievance as a whole be returned back to me.

Sincerely, Jason C. McCollum.

Jason C. McCollum.

## VI. CERTIFICATION

I (we) certify under the penalty of perjury that the foregoing complaint is true to the best of my (our) information, knowledge and belief.

Signature: *Jason Clay McCollum* Date: 10-10-2013

Prison Id. No. 356074

Address: 150 East Church Street. Lewisburg, Tennessee 3709

(Include the city, state and zip code.)

Signature: N/A Date: N/A

Prison Id. No. N/A

Address: N/A

(Include the city, state and zip code.)

ALL PLAINTIFFS MUST SIGN AND DATE THE COMPLAINT, and provide the information listed above. If there are more than two plaintiffs, attach a separate sheet of paper with their signatures, dates, prison identification numbers, and addresses.

ALL PLAINTIFFS MUST COMPLETE, SIGN, AND DATE SEPARATE APPLICATIONS TO PROCEED *IN FORMA PAUPERIS*, if not paying the civil filing fee.

SUBMIT THE COMPLAINT, THE REQUIRED FILING FEE, OR APPLICATION TO PROCEED *IN FORMA PAUPERIS*, TOGETHER. Complaints received without the required filing fee or application to proceed *in forma pauperis* will be returned. Filing fees, or applications to proceed *in forma pauperis*, received without a complaint will be returned.

Jason C. McCollum (E-Block-Cell #2)
150 East Church St.
Lewisburg, Tn 37091

RECEIVED
IN CLERK'S OFFICE

OCT 16 2013

U. S. DISTRICT COURT
MID. DIST. TENN.

U. S. District Court
800 U. S. Court House
801 Broadway
Nashville, Tn 37203
Deputy Clerk Mr. Kieth Throckmorton

02 1P          $ 000.66⁰
0003161966    OCT 14 2013
MAILED FROM ZIP CODE 37091

MARSHALL CO. JAIL
NOT RESPONSIBLE
FOR CONTENTS