IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| JASON C. McCOLLUM, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:13-00128 |
| | ) | Chief Judge Haynes |
| v. | ) | |
| | ) | |
| MARSHALL COUNTY, TENNESSEE and BILL HERRING, | ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Before the Court is the Defendants motion to ascertain status (Docket Entry No. 14) reflecting their compliance with the Court's Order. Plaintiff stated that he would not pursue this action upon such compliance.

Accordingly, this action is **DISMISSED with prejudice**.

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the 11th day of June, 2014.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court