UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| JASON C. McCOLLUM | ) | |
| | ) | |
| v. | ) | No. 1:13-CV-0128 |
| | ) | JUDGE HAYNES |
| MARSHALL COUNTY, TENNESSEE, et al. | ) | |
| | ) | |

ENTRY OF JUDGMENT

      Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 6/11/2014.

      KEITH THROCKMORTON, CLERK
      s/Dalaina Thompson, Deputy Clerk